L. Jay Pedersen – 127791
H. Paul Efstratis – 242373
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendant
RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVO PIZZA and RESTAURANT,<br>a.k.a. RUDOLPH D. SANTINI, TRUSTEE<br>OF THE SANTINI EXCLUSION TRUST;<br>IOLE SARI and CLORINDA M.<br>ORLOVICH, TRUSTEES OF THE<br>SANTINI SURVIVORS TRUST; and<br>ROSALIND D. BASTIAN, TRUSTEE OF<br>THE ROSALIND D. BASTIAN<br>REVOCABLE TRUST OF 2005<br>Defendants. | Case No.: **CV09-4194 SBA**<br><br>**STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER**<br><br>**Complaint Filed: October 23, 2008** |

Plaintiff MARSHALL LOSKOT and Defendant RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION TRUST, on behalf of all owners at the subject property, by and through their respective counsel, respectfully request and stipulate, as follows:

  1. That the joint site inspection, as Ordered by General Order, 56 ¶ 3,4, scheduled for March 19, 2010 at 11:00 a.m. be continued to April 14, 2010 at 11:00 a.m.

  2. Good cause exists to continue the joint site inspection as defense counsel was notified on March 17, 2010 by defendant's retained expert, Kim Blackseth, Esq., that he

1
STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER

would be unable to attend the inspection due to an unexpected medical emergency which requires emergency surgery that could not be delayed.

3. In light of the above, the parties agree, stipulate and request that they be granted up to and including April 14, 2010 to conduct the joint site inspection of the premises, pursuant to General Order 56.

Respectfully submitted,

Dated: March 19, 2010

BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP

By _____
L. Jay Pedersen
H. Paul Efstratis
Attorneys for Defendant
RUDOLPH D. SANTINI,
TRUSTEE OF THE SANTINI
EXCLUSION TRUST

Dated: March 19, 2010

THOMAS E. FRANKOVICH, ESQ.
*A PROFESSIONAL LAW CORPORATION*

By _____
Thomas E. Frankovich
Attorney for Plaintiff
MARSHALL LOSKOT

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the General Order 56 site inspection of the premises is up to and including April 14, 2010.

Dated: 3/25/10

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge

2

STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER