UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVO PIZZA and RESTAURANT, et al.,<br><br>Defendants. | Case No: C 09-4194 SBA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR JOINT SITE INSPECTION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appeal,

IT IS HEREBY ORDERED THAT the parties' stipulated request to extend the deadline to complete the joint site inspection is GRANTED. The last day the parties and counsel may conduct the General Order 56 site inspection of the premises is up to an including April 14, 2010. In light of this extension, the Case Management Conference scheduled for March 31, 2009 at 2:30 p.m. is CONTINUED TO **April 28, 2010 at 3:30 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: March 29, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge